In the Matter of the Application of ANNA DIETZ, Appellant, for the Appointment of a Substituted Trustee of Certain Trusts Created by the Will of ROBERT E. DIETZ, Deceased.

FREDERICK DIETZ, Individually and as Trustee, et al., Respondents.

*Matter of Dietz*, 132 App. Div. 641, appeal dismissed
(Argued October 7, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1909, which reversed a decree of the New York County Surrogate's Court appointing a substituted trustee herein and denied the application.

*George Thoms* for appellant

*Charles E. Rushmore, Daniel Nason* and *Joseph M. Hartfield* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.